Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A.,<br><br>*Plaintiff*<br><br>v.<br><br>AMOREANGEL_BAG STORE, ANGUCCIANG, ANYANNEVER, BAG0070, BANGSTORE8 STORE, BASICBAG, BVTOTEBAG, CHUNCHUNLG, CLOTHING5354, CLOVER_GO, COCKBALL, COCOCICK_BAG3, CONSPICUOUS_BAG, CORTEIZ25, CURE_ALL_DISEASES, CY_TREND_SHOP, DAFA1999, DESIGNER BAG LUXURY, DESIGNER06, DESIGNERBAG68, DESIGNERBAO, DESIGNERS BAGS, DHBESTBAGS, DHFENGNIANWEN, DHGATES_SHOP1, DONGDONGBAGS, ELYSIUM11 STORE, FASHION_CAP2, FASHION1PREMIUM, FASHIONBAG2023, FASHIONBAG8, FENG520YAO STORE, FLASHSHOES STORE, GGFFCC STORE, GIMMEGIMME, GOOD_OFF_SHOP, GOODSHOES781 STORE, HANDBAG_SHOP88, HDMBAGS2023, HDMBAGS2024, HERE_BAG, | **24-cv-4004 (AKH)**<br><br>[PROPOSED] **UNSEALING ORDER** |

HIGHEND187, HIPHOPTRENDS, HUANG_CLOTHING, HWDLVG55, JACK_GOOSE, JACQUEMUS, JBRS520 STORE, JINDUODUO, JUST4URWEAR, LA_LUX, LANYING01, LIGHTLUXURYBAG, LIGHTLUXURYBAG2, LIGHTLUXURYBAG95, LU_BAG, LUXURYBAG188888, LUXURYBAGS918, LUXURYBAGS998, LUXURYPURSES, MANDY2024, MANYCLOTHES STORE, MARCIE LEO, MICHAFL_KOPS, MILANSUNGLASSES, MJLUXURYBAG88, MLBSHOPS, NICE_HOODIE, NICE_SHOP1 , ONLYBAG25, POPLOV1854, PUZZLE_BAGS1, SELLSHANDBAGS, SETSAILBAG, SEVENWEEKS, SNEAKERS SUPPLIER STORE, SNEAKERS_DESIGNERS, STARRYCRAFTSMAN, STYLELUXURYBAG, SUCCESS46, SUNLIGHT_BAG STORE, SUNSHINE9966, TIDE_CLOTHING_TOP1, TOP10ABAGS, TRASHIRT, TRUEBAG, UNIQLO668 STORE, VALUABLEBAG, WW1368BAGS, WWWBAGFASHION, XMLONGBIDA, XRONG_TOTES, YABSERA, YILINZH, YONG03, ZHUHUIBLUE, ZHUHUILIN6 and ZMKJ37,

*Defendants*

2

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this _1st_ day of _July_, 2024, at _4:40_ p.m.
New York, New York


_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE