UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEWE, S.A.,

*Plaintiff*

v.

AMOREANGEL_BAG STORE, ANGUCCIANG, ANYANNEVER, BAG0070, BANGSTORE8 STORE, BASICBAG, BVTOTEBAG, CHUNCHUNLG, CLOTHING5354, CLOVER_GO, COCKBALL, COCOCICK_BAG3, CONSPICUOUS_BAG, CORTEIZ25, CURE_ALL_DISEASES, CY_TREND_SHOP, DAFA1999, DESIGNER BAG LUXURY, DESIGNER06, DESIGNERBAG68, DESIGNERBAO, DESIGNERS BAGS, DHBESTBAGS, DHFENGNIANWEN, DHGATES_SHOP1, DONGDONGBAGS, ELYSIUM11 STORE, FASHION_CAP2, FASHION1PREMIUM, FASHIONBAG2023, FASHIONBAG8, FENG520YAO STORE, FLASHSHOES STORE, GGFFCC STORE, GIMMEGIMME, GOOD_OFF_SHOP, GOODSHOES781 STORE, HANDBAG_SHOP88, HDMBAGS2023, HDMBAGS2024, HERE_BAG, HIGHEND187, HIPHOPTRENDS, HUANG_CLOTHING, HWDLVG55, JACK_GOOSE, JACQUEMUS, JBRS520 STORE, JINDUODUO, JUST4URWEAR, LA_LUX, LANYING01, LIGHTLUXURYBAG, LIGHTLUXURYBAG2, LIGHTLUXURYBAG95, LU_BAG, LUXURYBAG188888, LUXURYBAGS918, LUXURYBAGS998, LUXURYPURSES, MANDY2024, MANYCLOTHES STORE, MARCIE LEO, MICHAFL_KOPS, MILANSUNGLASSES, MJLUXURYBAG88, MLBSHOPS, NICE_HOODIE, NICE_SHOP1, ONLYBAG25, POPLOV1854, PUZZLE_BAGS1, SELLSHANDBAGS, SETSAILBAG, SEVENWEEKS, SNEAKERS SUPPLIER STORE, SNEAKERS_DESIGNERS, STARRYCRAFTSMAN, STYLELUXURYBAG, SUCCESS46, SUNLIGHT_BAG STORE, SUNSHINE9966, TIDE_CLOTHING_TOP1, TOP10ABAGS, TRASHIRT, TRUEBAG, UNIQLO668 STORE, VALUABLEBAG, WW1368BAGS, WWWBAGFASHION, XMLONGBIDA, XRONG_TOTES, YABSERA, YILINZH, YONG03, ZHUHUIBLUE, ZHUHUILIN6 and ZMKJ37,

*Defendants*

CIVIL CASE NO.
24-cv-4004 (AKH)

[PROPOSED]
ORDER EXTENDING TEMPORARY RESTRAINING ORDER AS TO TWO (2) DEFENDANTS

On June 13, 2024, the Court issued a temporary restraining order ("TRO") and ordered Defendants to show cause why a preliminary injunction should not issue on June 26, 2024 at 4:00 p.m. in Courtroom 14D of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York ("Show Cause Hearing"). On June 18, 2024, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO and all papers filed in support of the Application on each and every Defendant, except Defendants chunchunlg, clover_go, dongdongbags, fashion_cap2, jinduoduo, Just4urwear, mlbshops, nice_hoodie, sevenweeks, tide_clothing_top1 and Yabsera. On June 26, 2024, the Court issued an order rescheduling the Show Cause Hearing to July 1, 2024 at 4:30 p.m. in Courtroom 18B of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York and extending the TRO through the new date of the Show Cause Hearing ("June 26, 2024 Order"). On June 26, 2024, pursuant to the alternative methods of service authorized by the TRO, Plaintiff served the June 26, 2024 Order on each and every Defendant, except Defendants chunchunlg, clover_go, dongdongbags, fashion_cap2, jinduoduo, Just4urwear, mlbshops, nice_hoodie, sevenweeks, tide_clothing_top1 and Yabsera. Plaintiff's counsel has advised the Court that it has located additional email addresses for Defendants Just4urwear and mlbshops.

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The TRO is extended as to Defendants Just4urwear and mlbshops for fourteen (14) days for good cause shown, *i.e.* to July 15, 2024.

2) Plaintiff is directed to update the Court on its efforts to serve Defendants Just4urwear and mlbshops by no later than Wednesday, July 10, 2024.

**SO ORDERED.**

7/1/24

1