```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
LOEWE, S.A.,                              :    24cv4004 (DLC)
                                          :
                    Plaintiff,            :    SEALED ORDER
                                          :
          -v-                             :
                                          :
AMOREANGEL_BAG STORE, et al.,             :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    This action was filed on May 23, 2024.  The plaintiff, a luxury leather goods brand, alleges that the defendants, businesses and/or individuals located in China that conduct business in the United States, have infringed upon the plaintiff's trademarks and counterfeited its goods.  On June 13, 2024, the Honorable Analisa Torres granted the plaintiff's <u>ex parte</u> application for a temporary restraining order ("TRO").

    The June 13 Order directs several financial institutions to locate and attach the defendants' financial accounts and grants the plaintiff's application to serve the defendants by email.  It also grants the plaintiff's request for expedited discovery, orders the plaintiff to place a security bond of $5,000, and orders that the materials in this case remain sealed until June 26.  Finally, the June 13 Order directs the defendants to show cause before the Honorable Alvin K. Hellerstein on June 26, 2024

as to why a preliminary injunction should not be issued. Understanding that the TRO is being extended, it is hereby

ORDERED that the June 26 conference is rescheduled to **July 1, 2024,** at **4:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on the defendants by **June 28, 2024.** The plaintiff shall file by July 1 proof of service by email of this Order.

Dated:  New York, New York
        June 26, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge

2