UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
:
LOEWE, S.A., :
                              Plaintiff, : **ORDER TO VACATE**
:
     -against- : 24 Civ. 4004 (AKH)
:
AMOREANGEL_BAG STORE, ET AL., :
:
                           Defendants. :
:
:
---------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      IT IS HEREBY ORDERED, that although this case was previously referred to the Magistrate Judge for general pretrial and dispositive motions, the order shall be vacated, and this case shall remain with Judge Hellerstein.

      This does not disturb the scheduling order dated June 26, 2024.

      SO ORDERED.

Dated:    June 27, 2024
            New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge