Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEWE, S.A.,

*Plaintiff*

v.

AMOREANGEL_BAG STORE, ANGUCCIANG, ANYANNEVER, BAG0070, BANGSTORE8 STORE, BASICBAG, BVTOTEBAG, CHUNCHUNLG, CLOTHING5354, CLOVER_GO, COCKBALL, COCOCICK_BAG3, CONSPICUOUS_BAG, CORTEIZ25, CURE_ALL_DISEASES, CY_TREND_SHOP, DAFA1999, DESIGNER BAG LUXURY, DESIGNER06, DESIGNERBAG68, DESIGNERBAO, DESIGNERS BAGS, DHBESTBAGS, DHFENGNIANWEN, DHGATES_SHOP1, DONGDONGBAGS, ELYSIUM11 STORE, FASHION_CAP2, FASHION1PREMIUM, FASHIONBAG2023, FASHIONBAG8, FENG520YAO STORE, FLASHSHOES STORE, GGFFCC STORE, GIMMEGIMME, GOOD_OFF_SHOP, GOODSHOES781 STORE, HANDBAG_SHOP88, HDMBAGS2023, HDMBAGS2024,

**CIVIL CASE NO. 24-cv-4004 (AKH)**

**[[redacted]]**
**ORDER FOR RETURN OF SECURITY BOND**

HERE_BAG, HIGHEND187, HIPHOPTRENDS, HUANG_CLOTHING, HWDLVG55, JACK_GOOSE, JACQUEMUS, JBRS520 STORE, JINDUODUO, JUST4URWEAR, LA_LUX, LANYING01, LIGHTLUXURYBAG, LIGHTLUXURYBAG2, LIGHTLUXURYBAG95, LU_BAG, LUXURYBAG188888, LUXURYBAGS918, LUXURYBAGS998, LUXURYPURSES, MANDY2024, MANYCLOTHES STORE, MARCIE LEO, MICHAFL_KOPS, MILANSUNGLASSES, MJLUXURYBAG88, MLBSHOPS, NICE_HOODIE, NICE_SHOP1 , ONLYBAG25, POPLOV1854, PUZZLE_BAGS1, SELLSHANDBAGS, SETSAILBAG, SEVENWEEKS, SNEAKERS SUPPLIER STORE, SNEAKERS_DESIGNERS, STARRYCRAFTSMAN, STYLELUXURYBAG, SUCCESS46, SUNLIGHT_BAG STORE, SUNSHINE9966, TIDE_CLOTHING_TOP1, TOP10ABAGS, TRASHIRT, TRUEBAG, UNIQLO668 STORE, VALUABLEBAG, WW1368BAGS, WWWBAGFASHION, XMLONGBIDA, XRONG_TOTES, YABSERA, YILINZH, YONG03, ZHUHUIBLUE, ZHUHUILIN6 and ZMKJ37,

*Defendants*

The Court, having terminated this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 23 day of September, 2026, at 3:30 p.m.

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE